PER CURIAM.
Affirmed. See Universal Const. Co. v. City of Fort Lauderdale, Fla.1953, 68 So.2d 366; Williams v. Robineau, Fla.1936, 124 Fla. 422, 168 So. 644; McCormick v. Bodeker, Fla.1935, 119 Fla. 20, 160 So. 483; American Process Co. v. Florida White Pressed Brick Co., Fla.1908, 56 Fla. 116, 47 So. 942; Escambia Chem. Corp. v. Industrial-Marine Sup. Co., Fla.App.1970, 238 So.2d 684; Restatement of the Law Judgments § 95 and 28 C.J.S. Election of Remedies § 3.